IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| RONALD ASH, a/k/a Ronald Earle Rushin, | * |
| Plaintiff, | * |
| vs. | * |
| W. W. ADAMSON, Warden, Muscogee County Prison, | * CASE NO. 4:10-CV-55 (CDL) |
| Defendant. | * |

ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on May 26, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit. The Court also notes that Plaintiff raised for the first time in his objections a claim for denial of medical care. The Court declines to consider that new claim at this time since it was not first presented to the Magistrate Judge. See *Williams v. McNeil,* 557 F.3d 1287 (11th Cir. 2009).

IT IS SO ORDERED, this 30th day of June, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE